Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 13–14021–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mark J Dolak
   500 Deal Lake Drive, Unit 2A
   Asbury Park, NJ 07712

Social Security No.:
   xxx–xx–5272

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:        2/28/17
Time:        02:00 PM
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Marc C. Capone, Attorney for Debtor

COMMISSION OR FEES
$2,650.00

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

   In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: February 10, 2017
JAN:

Jeanne Naughton
Clerk

```
                            United States Bankruptcy Court
                                District of New Jersey

In re:                                                          Case No. 13-14021-MBK
Mark J Dolak                                                    Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Feb 10, 2017
                              Form ID: 137             Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 12, 2017.
db             +Mark J Dolak,    500 Deal Lake Drive, Unit 2A,    Asbury Park, NJ 07712-5159
513720429       American Express,    American Express Special Research,    PO Box 981540,
                 El Paso, TX 79998-1540
514030020       American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
513720430      +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
513720432       Asset Management,    PO Box 2824,    Woodstock, GA 30188-1386
513720433     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX 79998)
513782073      +BANK OF AMERICA, N.A.,    P.O. BOX 660933,    DALLAS, TX 75266-0933
513814039      +Bank of America,    PROBER & RAPHAEL, A LAW CORPORATION,    20750 Ventura Boulevard, Suite 100,
                 Woodland Hills, California 91364-6207
513720435       Bk Of Amer,    Attn: Correspondence Unit/CA6-919-02-41,    PO Box 5170,
                 Simi Valley, CA 93062-5170
513720436     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
514028912      +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk VA 23541-0907
513720442     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,   PO Box 20507,
                 Kansas City, MO 64195-0507)
513720437      +Cap One,    Po Box 30253,    Salt Lake City, UT 84130-0253
513720438       Capital 1 Bank,    Attn: Bankruptcy Dept.,    PO Box 30285,   Salt Lake City, UT 84130-0285
513720439      +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
513720440       Chase Mht Bk,    Attention: Bankruptcy,    PO Box 15298,   Wilmington, DE 19850-5298
513720441      +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
513720443      +Client Services, Inc.,    3451 Harry S Truman Blvd,    Saint Charles, MO 63301-9816
513720444       EIS Collections,    PO Box 1730,    Reynoldsburg, OH 43068-8730
513834554       FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,   Greensboro, NC 27410
513720447       Lake Drive Condo Association,    500 Deal Lake Dr,    Asbury Park, NJ 07712-5175
513751663      +Lake Drive Court Condominium Association,    500 Deal Lake Drive,    Asbury Park, NJ 07712-5175
513720449       Merchantile,    PO Box 9016,    Williamsville, NJ 14231-9016
513720450       Penncro Associates,    PO Box 3003,    Phoenixville, PA 19460-0918
514165725      +THE BANK OF NEW YORK MELLON,    FRANK J. MARTONE, P.C.,    1455 BROAD STREET,
                 BLOOMFIELD, NJ 07003-3068
516560479       The Bank of New York Mellon,    c/o Shellpoint Mortgage Servicing,    PO BOX 10826,
                 Greenville, SC 29603-0826
516560480      +The Bank of New York Mellon,    c/o Shellpoint Mortgage Servicing,    PO BOX 10826,
                 Greenville, SC 29603-0826,    The Bank of New York Mellon,
                 c/o Shellpoint Mortgage Servicing 29603-0826
513847364       The Bank of New York Mellon, et al,    c/o Prober & Raphael,   Attorney for Secured Creditor,
                 P.O. Box 4365,    Woodland Hills, CA 91365-4365
513720452       Zwicker & Associates,    80 Minuteman Road,    Andover, MA 01810-1008
514004741       eCAST Settlement Corporation,    POB 29262,    New York NY 10087-9262
514004742       eCAST Settlement Corporation,    POB 29262,    New York NY 10087-9262,
                 eCAST Settlement Corporation,    POB 29262,    New York NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 11 2017 06:29:44     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 11 2017 06:29:40      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
513720431      +E-mail/Text: legal@arsnational.com Feb 11 2017 06:29:27      ArS National Services,
                 PO Box 463023,    Escondido, CA 92046-3023
513720446      +E-mail/Text: bky@martonelaw.com Feb 11 2017 06:28:52      Frank Martone,    1455 Broad St,
                 Bloomfield, NJ 07003-3068
513720448       E-mail/Text: bankruptcy@affglo.com Feb 11 2017 06:29:46      Leading Edge Recovery Solutions,
                 PO Box 129,    Linden, MI 48451-0129
513905172      +E-mail/Text: bncmail@w-legal.com Feb 11 2017 06:30:07      OAK HARBOR CAPITAL VII, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
514862118       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 11 2017 04:44:42
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
514862119       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 11 2017 06:11:28
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541,
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
514007334       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 11 2017 04:48:40
                 Portfolio Recovery Associates, LLC,    c/o Capital One,    POB 41067,   Norfolk VA 23541
513949957       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 11 2017 06:11:28
                 Portfolio Recovery Associates, LLC,    c/o Chase Bank Usa, N.a.,    POB 41067,
                 Norfolk VA 23541
513876805       E-mail/Text: bnc-quantum@quantum3group.com Feb 11 2017 06:29:33
                 Quantum3 Group LLC as agent for,    Galaxy International Purchasing LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
```

```
District/off: 0312-3          User: admin              Page 2 of 2                Date Rcvd: Feb 10, 2017
                              Form ID: 137             Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
514280753       E-mail/Text: bkdepartment@rtresolutions.com Feb 11 2017 06:29:56
                  Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,    PO Box 36655,
                  Dallas, Texas 75247-4029
514280754       E-mail/Text: bkdepartment@rtresolutions.com Feb 11 2017 06:29:56
                  Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,    PO Box 36655,
                  Dallas, Texas 75247-4029,    Real Time Resolutions, Inc.,
                  1349 Empire Central Drive, Suite #150
513720451       E-mail/Text: bnc@alltran.com Feb 11 2017 06:28:58     United Recover Systems,    PO Box 722929,
                  Houston, TX  77272-2929
                                                                                               TOTAL: 14

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bank of New York Mellon, f/k/a The Bank of New Yor
514152534       THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO
514162140       THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO
cr*            +BANK OF AMERICA, N.A.,    P.O. BOX 660933,    DALLAS, TX 75266-0933
cr*            +Lake Drive Court Condominium Association,    500 Deal Lake Drive,    Asbury Park, NJ 07712-5175
513720434*    ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America, N.a.,    4161 Piedmont Pkwy,
                  Greensboro, NC  27410)
513720445      ##FMS Inc,   PO Box 707601,   Tulsa, OK  74170-7601
                                                                              TOTALS: 3, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2017                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2017 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Andrew M. Lubin    on behalf of Creditor   Bank of New York Mellon, f/k/a The Bank of New York, as
               trustee, on behalf of the holders of the Alternative Loan Trust 2005-85CB, Mortgage Pass-Through
               Certificates Series 2005-85CB bkecf@milsteadlaw.com,    alubin@milsteadlaw.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              E. Carlton Kromer    on behalf of Creditor   Lake Drive Court Condominium Association
               ckromer@kromerlaw.com
              Frank J. Martone    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-85CB, MORTGAGE
               PASS - THROUGH CERTIFICATES, SERIES 2005-85CB. bky@martonelaw.com
              Frank J. Martone    on behalf of Creditor   BANK OF AMERICA, N.A. bky@martonelaw.com
              Joshua I. Goldman    on behalf of Creditor   BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marc C. Capone    on behalf of Debtor Mark J Dolak mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com
                                                                                             TOTAL: 9
```