UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---
Caption in Compliance with D.N.J. LBR 9004-2(c)

| | |
|---|---|
| In Re: | Case No.:  13-14021 |
| **Mark Dolak** | Judge: Michael B. Kaplan |
| | Chapter:  **13** |

### CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO

__X__  CREDITOR'S MOTION or CERTIFICATION OF DEFAULT
____   TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT

The Debtor in the above-captioned chapter 13 proceeding objects to the following:

1. __X__ Motion for Relief from the Automatic Stay filed by Lake Drive Court Condo Association, creditor.

A hearing has been scheduled for  **March 14, 2017,** at **10:00 a.m.**

____   Motion to Dismiss filed by the Standing Chapter 13 Trustee.
A hearing has been scheduled for _____, at _____ AM.

OR

____   Certification of Default filed by_____, creditor.

I am requesting a hearing be scheduled on this matter.

____   Certification of Default filed by standing chapter 13 Trustee.

I am requesting a hearing be scheduled on this matter.

2. I am objecting to the above for the following reasons:

   \_\_  Payments have been made in the amount of $_____, but have not been accounted for. Documentation in support is attached hereto.

   \_\_\_  Payments have not been made for the following reasons and debtor proposes repayment as follows: _____

   **X**  Other: **I can make a payment of $2,000.00 toward my arrears before the hearing on March 14, 2017. I would like the balance of the post petition arrears to Lake Drive Court Condo Association to be capitalized through my Chapter 13 plan. I can begin regular monthly condo association payments in April, 2017.**

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. I certify under penalty of perjury that the foregoing is true and correct.


Date:  2/14/17                                    /s/Mark Dolak_____
                                                  MARK DOLAK