UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

KROMER LAW FIRM, LLC
E. Carlton Kromer
3321 Doris Ave, Bldg B, Suite 1
Ocean, NJ 07712
P: (732) 455-5555 | F: (732) 455-5556
E: ckromer@kromerlaw.com
Attorney for Lake Drive Court Condo Association.

**Order Filed on March 23, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Mark Dolak

| | |
|---|---|
| Case No.: | 3:13-bk-14021 |
| Hearing Date: | 3/21/2017 |
| Judge: | Michael B. Kaplan |
| Chapter: | 13 |

Recommended Local Form:   ☐ Followed   ☒ Modified

# ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 23, 2017**

*Honorable Michael B. Kaplan*
*United States Bankruptcy Judge*

Upon the motion of _____ Lake Drive Court Condo Association, Inc. _____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☑    Real property more fully described as:

   500 Deal Lake Drive, Unit 2A, Asbury Park, NJ 07712

☑    Personal property more fully described as:

   All of the personal property of the debtor.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

~~This order is effective immediately. The 14-day stay on the effectiveness of a stay relief order is waived.~~

~~The automatic stay is vacated to allow JMJ Management Services, LLC to collect the debt owed by the debtor, including, but not limited to, instituting a collection lawsuit in state court and asserting its rights under the condominium documents and state law.~~

*Rev. 7/1/04; jml*