| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| KROMER LAW FIRM, LLC<br>E. Carlton Kromer<br>3321 Doris Ave, Bldg B, Suite 1<br>Ocean, NJ 07712<br>P: (732) 455-5555 \| F: (732) 455-5556<br>E: ckromer@kromerlaw.com<br>Attorney for Lake Drive Court Condo Association. | |

Order Filed on March 23, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | | |
|---|---|---|
| In Re:<br><br>Mark Dolak | Case No.: | 3:13-bk-14021 |
| | Hearing Date: | 3/21/2017 |
| | Judge: | Michael B. Kaplan |
| | Chapter: | 13 |

|  |  |  |  |  |
|---|---|---|---|---|
| Recommended Local Form: | ☐ | Followed | ☒ | Modified |

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 23, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of _____ Lake Drive Court Condo Association, Inc. _____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ☑ Real property more fully described as:

    500 Deal Lake Drive, Unit 2A, Asbury Park, NJ 07712

- ☑ Personal property more fully described as:

    All of the personal property of the debtor.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

~~This order is effective immediately. The 14-day stay on the effectiveness of a stay relief order is waived.~~

~~The automatic stay is vacated to allow JMJ Management Services, LLC to collect the debt owed by the debtor, including, but not limited to, instituting a collection lawsuit in state court and asserting its rights under the condominium documents and state law.~~

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court<br>District of New Jersey

```
In re:                                                              Case No. 13-14021-MBK
Mark J Dolak                                                        Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3         User: admin               Page 1 of 1           Date Rcvd: Mar 23, 2017
                             Form ID: pdf903           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 25, 2017.
db             +Mark J Dolak,    500 Deal Lake Drive, Unit 2A,    Asbury Park, NJ 07712-5159

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2017 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Albert    Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Andrew M. Lubin    on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New York, as
               trustee, on behalf of the holders of the Alternative Loan Trust 2005-85CB, Mortgage Pass-Through
               Certificates Series 2005-85CB bkecf@milsteadlaw.com,    alubin@milsteadlaw.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              E. Carlton Kromer    on behalf of Creditor    Lake Drive Court Condominium Association
               ckromer@kromerlaw.com
              Frank J. Martone    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-85CB, MORTGAGE
               PASS - THROUGH CERTIFICATES, SERIES 2005-85CB. bky@martonelaw.com
              Frank J. Martone    on behalf of Creditor    BANK OF AMERICA, N.A. bky@martonelaw.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marc C. Capone    on behalf of Debtor Mark J Dolak mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com
                                                                                              TOTAL: 9