MCC4785
MARC C. CAPONE, ESQ.
CAPONE & KEEFE, P.C.
60 HIGHWAY 71, UNIT 2
SPRING LAKE HEIGHTS, NJ 07762
(732) 528-1166
ATTORNEYS FOR DEBTOR

Order Filed on September 7, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:       Chapter 13

Mark J. Dolak      Case No.: 13-14021 (MBK)

     Hearing Date:

### ORDER GRANTING APPLICATION FOR ALLOWANCE OF ATTORNEY'S FEES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: September 7, 2017**

_/s/ Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)

Debtor(s):   Mark J. Dolak
Case No.:    13-14021 (MBK)
Caption of Order:   **Order Granting Application for Allowance of Attorney's Fees**

The applicant having certified to additional legal work having been done after entry of the confirmation order and the debtor having not objected to the aforesaid fees, it is:

**ORDERED** that Capone & Keefe, the applicant, is allowed a fee of **$500.00** for services rendered as set forth in applicant's Certification of Debtors' Counsel Supporting Application for Attorney's Fees. The allowance shall be payable:

   **X**  **$500.00** through the Chapter 13 plan as an administrative priority; and

   ___  $_____ outside the plan.

The Debtor's monthly plan payment is modified to require a payment of:

<u>**N/A**</u>