MCC4785
MARC C. CAPONE, ESQ.
CAPONE & KEEFE, P.C.
60 HIGHWAY 71, UNIT 2
SPRING LAKE HEIGHTS, NJ 07762
(732) 528-1166
ATTORNEYS FOR DEBTOR

**Order Filed on September 7, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:                                                    Chapter 13

Mark J. Dolak                                        Case No.: 13-14021 (MBK)

                                                             Hearing Date:

**ORDER GRANTING APPLICATION FOR ALLOWANCE
OF ATTORNEY'S FEES**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: September 7, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)

Debtor(s):   Mark J. Dolak
Case No.:    13-14021 (MBK)
Caption of Order:   **Order Granting Application for Allowance of Attorney's Fees**

The applicant having certified to additional legal work having been done after entry of the confirmation order and the debtor having not objected to the aforesaid fees, it is:

**ORDERED** that Capone & Keefe, the applicant, is allowed a fee of **$500.00** for services rendered as set forth in applicant's Certification of Debtors' Counsel Supporting Application for Attorney's Fees. The allowance shall be payable:

  **X**  **$500.00** through the Chapter 13 plan as an administrative priority; and

  ___  $_____ outside the plan.

The Debtor's monthly plan payment is modified to require a payment of:

**N/A**

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 13-14021-MBK
Mark J Dolak                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin           Page 1 of 1           Date Rcvd: Sep 07, 2017
                       Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2017.
db            +Mark J Dolak,    500 Deal Lake Drive, Unit 2A,    Asbury Park, NJ 07712-5159

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2017 at the address(es) listed below:
    Albert   Russo    docs@russotrustee.com
    Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
    Andrew M. Lubin    on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New York, as trustee, on behalf of the holders of the Alternative Loan Trust 2005-85CB, Mortgage Pass-Through Certificates Series 2005-85CB bkecf@milsteadlaw.com,    alubin@milsteadlaw.com
    Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    E. Carlton Kromer    on behalf of Creditor    Lake Drive Court Condominium Association ckromer@kromerlaw.com
    Frank J. Martone    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-85CB, MORTGAGE PASS - THROUGH CERTIFICATES, SERIES 2005-85CB. bky@martonelaw.com
    Frank J. Martone    on behalf of Creditor    BANK OF AMERICA, N.A. bky@martonelaw.com
    Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
    Marc C. Capone    on behalf of Debtor Mark J Dolak mcapone@caponeandkeefe.com, docs@caponeandkeefe.com
                                                                                                                                         TOTAL: 9